

LAW OFFICES OF
# GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P

Patrick G. Grattan
Steven C. Mitchell
John F. Geary
John A. Holdredge
Michael T. Carlson
Leo R. Bartolotta
Raymond J. Fullerton, Jr.
Matthew K. Good
Glenda Carvalho Sell
Jenna H. Coffey
Robert W. Henkels

Of Counsel
Max A. Mickelsen

November 18, 2013

Magistrate Judge Maria-Elena James
United State District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA  94102

Writer's email: sm...@gsoglaw.com

**GRANTED**
*Judge Maria-Elena James*

DATED: 11/19/2013

RE:   ***Michael Thompson v. Ronald J. Harris, et al.***
      **USDC Case Number: C 12-06529 NJV(MEJ)**
      Our File No.:  78081-001

Dear Judge James:

This letter is in reference to a settlement conference scheduled in the matter of *Michael Thompson v. Ronald J. Harris, et al* on November 26, 2013 in your Chambers.  This case arises from a claim by plaintiff Thompson that he was discriminated against on the basis of his race in terms of his rental of a storage place at defendant Rainbow Self Storage.

Plaintiff in the above matter named defendants Ron Harris, dba Rainbow Self Storage, Kim Santsche and Becky Alsup.  Mr. Harris is the sole owner of Rainbow Self Storage.  Defendants Kim Santsche and Becky Alsup are employees of Rainbow Self Storage.

I write this letter to request that the individual defendants Kim Santsche and Becky Alsup be excused from attending the settlement conference, and that Mr. Harris, the owner of defendant Rainbow Self Storage, and the employer of defendants Kim Santsche and Becky Alsup, attend in their place.  Mr. Harris has full knowledge of all facts concerning the allegations and the subject matter of the litigation, and, as the employer, is defending and indemnifying defendants, and has sole settlement authority.

Further, all defendants live and work in Eureka, California, a five hour drive to the Bay Area.  Additionally, Rainbow Self Storage is a very small company, and if the Mr. Harris, Ms. Santsche and Ms. Alsup were gone all at once (and they would have to be gone for two days given travel time), defendant would be left with almost no staff to attend to and run the business.

Magistrate Judge Maria-Elena James
11/18/2013
2 | Page

    I have met and conferred with plaintiff's counsel, Jason Singleton, with respect to this request. He has graciously consented to our request to not require the personal attendance of defendants Kim Santsche and Becky Alsup.

    Accordingly, defendants respectfully request that defendant Ronald Harris, the sole owner of Rainbow Self Storage, and the employer of defendants Kim Santsche and Becky Alsup, be the sole representative of defendants at the settlement conference. He possesses all settlement authority in this case.

    Thank you for your consideration of this request, and we look forward to attendance at the settlement conference.

                            Very truly yours,

                            Steven C. Mitchell

SCM/mas

cc:    Jason Singleton, Counsel for Plaintiff
       Howard Herman, ADR Coordinator