FILED

MAY - 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD J. HARRIS, dba RAINBOW SELF STORAGE, KIM SANTSCHE, BECKY ALSUP, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | No. 1:12-CV-6529 NJV<br><br>JUDGMENT |

On April 9, 2014, the Court denied Plaintiff's Motion for Leave to File a First Amended Complaint and granted Defendants' Motion to Dismiss. (Doc. 57.) Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendants and against Plaintiff.

IT IS SO ORDERED.

Dated: May 5, 2014

NANDOR J. VADAS
United States Magistrate Judge